UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re Grand Jury Subpoena | : | |
| | : | |
| | : | |
| | : | CRIMINAL NO: 3:19mj535(RMS) |
| | : | |
| | : | |
| | : | April 11, 2020 |

## GOVERNMENT'S MOTION TO UNSEAL

The government respectfully submits the following response to the Court's order regarding whether the above matter should remain sealed. The Government moves the Court to unseal this matter since there is no longer a basis for sealing the entire docket and thus requests that the instant motion be granted.

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT20962
157 Church Street
New Haven, CT 06510
(203) 821-3700

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2020, a copy of the foregoing was filed electronically, by facsimile and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       */s Douglas P. Morabito*
       DOUGLAS P. MORABITO
       ASSISTANT UNITED STATES ATTORNEY